**Leonard HOPKINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56560.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 1990.

**728**

James Stewart McKay, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Leonard Hopkins, appeals the denial of his Rule 27.26 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and no precedential value would come from a full opinion. Rule 84.16(b).